Norma E. Ferguson CERVANTES, Plaintiff–Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.

No. 04–40301.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 14, 2004.

William Thomas Blackburn, Law Office of Bill Blackburn, Corpus Christi, TX, for Plaintiff–Appellant.

Marguerite Esposito Lokey, Social Security Administration, Office of General Counsel, Dallas, TX, for Defendant–Appellee.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Norma E. Ferguson Cervantes appeals the district court's judgment dismissing

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

her complaint and affirming the Commissioner's decision denying her claim for Social Security disability insurance benefits. Cervantes argues that the administrative law judge ("ALJ") erred by failing to consider the combined effects of her impairments and by discounting the opinion of Dr. Childers. Cervantes challenges the ALJ's determination that she had the residual functional capacity to perform a broad range of light exertional work. Cervantes also makes arguments related to the appropriate onset date for her mental disability.

The record shows that the ALJ considered Cervantes's physical and mental impairments when making his disability determination. *See Loza v. Apfel*, 219 F.3d 378, 393 (5th Cir.2000). The record also supports the ALJ's decision to afford little weight to Dr. Childers's opinion. *See* 20 CFR § 404.1527. The ALJ's determination that Cervantes has the residual functional capacity to perform a significant range of light work is supported by substantial evidence. *See Leggett v. Chater*, 67 F.3d 558, 564 (5th Cir.1995). Because the ALJ's determination that Cervantes is not disabled is supported by substantial evidence, we do not reach her arguments concerning the onset date of her mental disability.

AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.